IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY BROWN, SR., individually and as Special Administrator for the Estate of Jenika D. Brown; <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, BNSF LOGISTICS, LLC, and THE ESTATE OF JENA FREE, <br><br> Defendants. | 8:24CV475 <br><br> ORDER TO SHOW CAUSE |

The records of the court show that on December 11, 2024, (Filing No.5), a letter was sent to Attorney Anita K. Anthony from the Office of the Clerk directing her to register admittance and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of January 17, 2025, Attorney Anita K. Anthony has not complied with the Clerk's letter.

Accordingly, IT IS ORDERED,

On or before January 31, 2025, Attorney Anita K. Anthony must register admittance and register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 17th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge