IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY BROWN, SR., individually and as Special Administrator for the Estate of Jenika D. Brown,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | 8:24CV475<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice, signed by counsel for the parties. Filing 15. The parties stipulate that the Court dismiss this action, with prejudice, with each party to pay its own costs. Filing 15 at 1. Accordingly,

IT IS ORDERED the parties' Stipulation for Dismissal with Prejudice, Filing 15, is accepted, and this action is dismissed with prejudice, with each party to pay its own costs.

Dated this 18th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1